Mitchell J. Langberg, Nevada Bar No. 10118
Emily A. Ellis, Nevada Bar No. 11956
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
mlangberg@bhfs.com
eellis@bhfs.com

Attorneys for Defendant
EQUIPMENTSHARE.COM, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>EQUIPMENTSHARE.COM, INC., a Delaware corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case Number<br>2:19-cv-02138-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>(First Request) |

WHEREAS, Plaintiff filed the Complaint in the above-referenced action on December 13, 2019;

WHEREAS, the Complaint was properly served and the response to the Complaint is due to be filed by January 6, 2020;

WHEREAS, due to the December Holiday season and various other commitments, the parties have agreed to extend the time for Defendant to respond to the Complaint for 30 days, until February 5, 2020,

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through their respective counsel, that the time for Defendant to answer or otherwise respond to the Complaint

///

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

in this matter shall be extended until February 5, 2020.

DATED this 3rd day of January, 2020

| FOX ROTHSCHILD LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ Mark J. Connot* <br> MARK J. CONNOT (10010) <br> KEVIN M. SUTEHALL (9437) <br> LUCY C. CROW (15203) <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br><br> Attorneys for Plaintiff <br> AHERN RENTALS, INC. | By: */s/ Mitchell J. Langberg* <br> Mitchell J. Langberg <br> Nevada Bar No. 10118 <br> Emily A. Ellis <br> Nevada Bar No. 11956 <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 <br><br> Attorneys for Defendant <br> EQUIPMENTSHARE.COM, INC. |

**IT IS SO ORDERED**

**DATED: January 06, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**