1 MARK J. CONNOT (10010)
2 KEVIN M. SUTEHALL (9437)
  LUCY C. CROW (15203)
3 **FOX ROTHSCHILD LLP**
  1980 Festival Plaza Drive, #700
4 Las Vegas, Nevada 89135
  (702) 262-6899 tel
5 (702) 597-5503 fax
  mconnot@foxrothschild.com
6 ksutehall@foxrothschild.com
  lcrow@foxrothschild.com
7 *Attorneys for Plaintiff Ahern Rentals, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>EQUIPMENTSHARE.COM, Inc., a Delaware corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02138-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES**<br><br>**[FIRST REQUEST]** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Ahern Rentals, Inc. ("Ahern") and Defendant Equipmentshare.com, Inc. ("Equipmentshare") (collectively "the Parties"), through their respective undersigned counsel, as follows:

**WHEREAS**, on February 5, 2020, Equipmentshare filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 16] ("Motion to Dismiss"). Pursuant to LR 7-2(b), Ahern's last day to file points and authorities in response to the Motion to Dismiss is currently February 19, 2020, and Equipmentshare's last day to file a reply in support of the Motion to Dismiss is seven days after Ahern files its response. Alternatively, pursuant to FRCP 15(a)(1)(B), Ahern's deadline to file an amended complaint is February 26, 2020;

**WHEREAS**, also on February 5, 2020, Equipmentshare filed a Motion to Stay [ECF No. 17] ("Motion to Stay"). Also pursuant to LR 7-2(b), Ahern's last day to file points and authorities in response to the Motion to Stay is currently February 19, 2020, and

1 Equipmentshare's last day to file a reply in support of the Motion to Stay is seven days after
2 Ahern files its response;

3 **WHEREAS**, on February 14, 2020, counsel for the Parties consented to Ahern's request
4 to extend the deadlines to respond to the foregoing motions by one week. The reasons for the
5 extensions are not for delay, but rather to accommodate counsels' schedules.

6 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and
7 between the Parties as follows:

8 1. Ahern will have until February 26, 2020, to file its points and authorities in
9 response to the Motion to Dismiss or an amended complaint.

10 2. Ahern will have until February 26, 2020, to file its points and authorities in
11 response to the Motion to Stay.

12 3. Equipmentshare's replies in support of its Motion to Stay and, if applicable, its
13 Motion to Dismiss will be due no later than 14 days after Ahern files its points and authorities in
14 response to the motion(s).

15 **IT IS SO STIPULATED.**

16 DATED: February 14, 2020          DATED: February 14, 2020

17 **FOX ROTHSCHILD LLP**             **BROWNSTEIN HYATT FARBER**
                                      **SCHRECK, LLP**
18
19 */s/ Mark J. Connot*                */s/ Mitchell J. Langberg*
   MARK J. CONNOT (10010)             MITCHELL J. LANGBERG (10118)
   KEVIN M. SUTEHALL (9437)           EMILY A. ELLIS (11956)
20 LUCY C. CROW (15203)                MICHAEL E. BREWER *(Pro Hac Vice)*
   1980 Festival Plaza Drive, #700    100 North City Parkway, Ste. 1600
21 Las Vegas, Nevada 89135             Las Vegas, Nevada 89106
   *Attorneys for Plaintiff Ahern Rentals, Inc.*   *Attorneys for Defendant*
22                                     *Equipmentshare.com, Inc.*

23
24                                     **IT IS SO ORDERED**
25
26                                     _____
                                       UNITED STATES DISTRICT JUDGE
                                       Dated: February 18, 2020.
27
28

Page 2 of 2

Active\107808396.v1-2/14/20

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135