MITCHELL J. LANGBERG, ESQ., Nevada Bar No. 10118
mlangberg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

MICHAEL E. BREWER, ESQ. (admitted *pro hac vice*)
michael.brewer@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: 415.576.3000

MARK D. TAYLOR, ESQ. (admitted *pro hac vice*)
mark.taylor@bakermckenzie.com
BAKER & McKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214.978.3000

*Attorneys for Defendant*
*EQUIPMENTSHARE.COM, INC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>EQUIPMENTSHARE.COM, INC., a Delaware corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02138-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT AND TO FILE BRIEFS IN EXCESS OF THE PAGE LIMITATIONS**<br><br>**(FIRST REQUEST)** |

WHEREAS, Plaintiff filed the Complaint in the above-referenced action on December 13, 2019;

WHEREAS, Plaintiff granted Defendant a one month extension to respond to the Complaint from January 6, 2020 to February 5, 2020;

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on February 5, 2020;

WHEREAS, the Court granted the parties request for an eight page extension (from 24 pages to 32 pages) for the initial brief and the opposition in support of the Motion to Dismiss;

WHEREAS, Plaintiff filed a First Amended Complaint on February 26, 2020;

WHEREAS, the Court issued a Minute Order on March 2, 2020, denying Defendant's Motion to Dismiss in light of the filing of the Amended Complaint;

WHEREAS, Defendant's response to the First Amended Complaint is due by March 11, 2020;

WHEREAS, the Parties have agreed, subject to this Court's approval, to extend the time for Defendant to file its Motion to Dismiss the First Amended Complaint for seven (7) days, until March 18, 2020;

WHEREAS, the Parties have agreed, subject to this Court's approval, to extend the time for Plaintiff to file its Opposition to Defendant's Motion to Dismiss Amended Complaint for ten (10) days, until April 10, 2020;

WHEREAS, Parties have agreed, subject to this Court's approval, to extend the time for Defendant to file its Reply Brief for three (3) days, until April 20, 2020; and

WHEREAS, the Parties have agreed, subject to this Court's approval, that the Motion to Dismiss the Amended Complaint and the Opposition to the Motion to Dismiss Amended Complaint can be filed in excess of the twenty-four (24) page limit, to a total of thirty-two (32) pages, excluding the table of contents, table of authorities, and certificate of service from the total page count.

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through their respective counsel, that the following deadlines apply:

1. The deadline for Defendant to file its Motion to Dismiss the First Amended Complaint is March 18, 2020;

2. The deadline for Plaintiff to file its Opposition to Defendant's Motion to Dismiss Amended Complaint is April 10, 2020;

20380575

3. The deadline for Defendant to file its Reply Brief is April 20, 2020; and

4. The Motion to Dismiss the Amended Complaint and the Opposition to the Motion to Dismiss Amended Complaint can be filed in excess of the twenty-four (24) page limit, to a total of thirty-two (32) pages, excluding the table of contents, table of authorities, and certificate of service from the total page count.

DATED this 6th day of March, 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Mitchell J. Langberg*
MITCHELL J. LANGBERG, ESQ.
EMILY A. ELLIS, ESQ.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

BAKER & McKENZIE LLP

MICHAEL E. BREWER, ESQ.
(admitted *pro hac vice*)
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
MARK D. TAYLOR, ESQ.
(admitted *pro hac vice*)
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: 214.978.3000

*Attorneys for Defendant*
EQUIPMENTSHARE.COM, INC

DATED this 6th day of March, 2020.

FOX ROTHSCHILD LLP

BY: */s/ Kevin M. Sutehall*
MARK J. CONNOT, ESQ.
KEVIN M. SUTEHALL, ESQ.
LUCY C. CROW, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Plaintiff*
*AHERN RENTALS, INC.*

**IT IS SO ORDERED**

**DATED: March 13, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

20380575